MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-5292 |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| JOSHUA N. COOK, | |
| Defendant. | |

The Court having considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(H)(8)(a) concerning a continuance of the trial date in this case, finds that continuing the trial date is necessary to allow defense counsel additional time to prepare the necessary materials for a deferred prosecution.

IT IS THEREFORE ORDERED that the trial in this case shall be continued to August 15, 2005, and that the period of time from June 20, 2005, up to an including August 22, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

DONE this 16th day of June, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/
LINDA R. SULLIVAN
Attorney for Defendant

/s/
CAPT. GLEN TEMPLETON
Special Assistant United States Attorney

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE          1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710